

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| Pulak K. Barua, a/k/a Pulak Kumar Barua, et al., | § § § | No. 08-20-00216-CV |
| Appellant, | § | Appeal from the |
| v. | § | 422ND District Court |
| | § | of Kaufman County, Texas |
| Mabank Independent School District, et al., | § § | (TC# 102225-422) |
| Appellee. | § | |
| | § | |

# O R D E R

Appellant has filed a motion to abate this appeal to allow him to find new counsel. The motion is GRANTED. This appeal will be abated for 30 days to afford Appellant the opportunity to obtain new counsel. Appellant's brief will be due 30 days after this abatement is lifted. If new counsel is obtained, they are to file an entry of appearance with the Court.

IT IS SO ORDERED this 8th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.